No. 154, Misc. HARRIS *v.* McGARRAGHY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for respondents.

No. 157, Misc. KIRBY *v.* ILLINOIS. Circuit Court of Fayette County, Illinois. Certiorari denied.

No. 160, Misc. MENDENHALL *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 161, Misc. PULLITE *v.* ILLINOIS. Circuit Court of Vermillion County, Illinois. Certiorari denied.

No. 162, Misc. SMITH *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 163, Misc. HILLYARD, ADMINISTRATOR, *v.* NATIONAL DAIRY PRODUCTS CORP. ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Ivan Elliott* for respondents.

No. 164, Misc. WRIGHT *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 166, Misc. RIVERS *v.* MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 168, Misc. FLETT *v.* W. A. ALEXANDER & CO. ET AL. C. A. 7th Cir. Certiorari denied. *Benjamin Wham* for petitioner. *William A. McSwain, Leo F. Tierney, Bryson P. Burnham, John B. Robinson, Jr.* and *W. Donald McSweeney* for respondents.